(99 South. 307)

Ex parte STATE ex rel. INTERNATIONAL MOVING PICTURE & FILM CO.
(6 Div. 34.)

(Supreme Court of Alabama. Jan. 31, 1924.)

Mandamus ☞5 — Writ not granted where adequate relief has been secured on appeal.

Writ will not be granted to review and correct errors alleged to have been committed by the trial court in a certain case where the petitioner has also appealed from the rulings and decrees complained of, the appeal has been held proper, and full and adequate relief has been thereby secured in the premises.

Original ex parte petition for mandamus by the State, on the relation of the International Moving Picture & Film Company. Petition dismissed.

See, also, International Moving Picture & Film Co. v. Smith, ante, p. 3, 99 South. 303.

William Vaughan and Baugh & Emerson, all of Birmingham, for relator.

Edgar Smyder, of Birmingham, for respondent.

SOMERVILLE, J. This is a petition for mandamus or other appropriate writ to review and correct certain errors alleged to have been committed by the trial court in the case of Mary C. Smith v. International Moving Picture & Film Company, a corporation. The petitioner has also appealed from the rulings and decrees complained of, the appeal has been held proper, and full and

adequate relief has been thereby secured in the premises. It is therefore unnecessary to further entertain this petition, and it will be dismissed at the cost of petitioner.

Petition dismissed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.